UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED

JAN 1 1 2012

**GEORGE EDWIN TAYLOR,**

    Plaintiff,

v.                                                  ACTION NO. 2:10cv359

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## REMAND ORDER

Plaintiff brought this action under 42 U.S.C. § 405(g) seeking judicial review of the decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's claim for a period of disability and disability insurance benefits ("DIB"), under Title II of the Social Security Act.

On June 24, 2011, this matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72(b) of the Federal Rules of Civil Procedure for report and recommendation. Report of the magistrate judge was filed on December 16, 2011, recommending that the Commissioner's decision be vacated and the case be remanded for further proceedings. By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the magistrate judge. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired.

The court does hereby adopt and approve the findings and recommendations set forth in the report of the United States Magistrate Judge filed December 16, 2011. Accordingly, defendant's motion for summary judgment is **DENIED**, Plaintiff's Motion for Summary Judgement and Motion to Remand is **GRANTED**, and the final decision of the Commissioner is **VACATED** and the matter is hereby **REMANDED** to the Commissioner for further proceedings.

The Clerk shall forward a copy of this Remand Order to counsel for plaintiff and defendant.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
January 11, 2012